**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**KEITH HODGES**                                                                  **PLAINTIFF**

v.                    **CASE NO. 4:17-CV-00043 BSM**

**RODDNEY WRIGHT, et al.**                                      **DEFENDANTS**

**ORDER**

The proposed findings and recommendations [Doc. No. 9] submitted by United States Magistrate Judge Jerome T. Kearney have been received. Plaintiff Keith Hodges has not filed objections. After carefully reviewing the proposed findings and recommendations, they are adopted in their entirety. Accordingly, defendants Wright, Parker, and Turn Key Medical are dismissed without prejudice for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 23rd day of February 2017.

                                                                 _____
                                                                 UNITED STATES DISTRICT JUDGE