IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KEITH HODGES     PLAINTIFF

v.     CASE NO. 4:17-CV-00043 BSM

RODDNEY WRIGHT, et al.     DEFENDANTS

## ORDER

The proposed findings and recommendations [Doc. No. 9] submitted by United States Magistrate Judge Jerome T. Kearney have been received along with objections from plaintiff Keith Hodges [Doc. No. 18]. After carefully reviewing the proposed findings and recommendations *de novo*, they are adopted in part. Defendants Wright and Parker are dismissed without prejudice for failure to state a claim upon which relief may be granted. Out of an abundance of caution, defendant Turn Key Medical is not dismissed because Hodges's complaint demonstrates his intent to hold liable Nurse Briann "or whoever is in charge of medical here at the jail," and the complaint identifies Turn Key Medical as the medical provider at the jail. Amended Complaint, Doc. No. 6, at 1, 5. Giving Hodges's complaint a liberal reading, he states his allegations against Turn Key Medical specifically enough.

IT IS SO ORDERED this 11th day of May 2017.

                                            UNITED STATES DISTRICT JUDGE